Submitted on record and briefs December 16, 1992, convictions affirmed; remanded in part for resentencing February 3, 1993

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL ROBERT BRIGGS,
*Appellant.*

(91CR2192; CA A73610)

844 P2d 946

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Amy E. Alpaugh, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for possession and delivery of controlled substances. ORS 475.992. He contends that the court erred in placing his conviction for delivery in crime seriousness category 6, rather than category 4. The state concedes that the court erred. We accept that concession. Defendant has withdrawn his other assignment of error.

Convictions affirmed; remanded for resentencing for delivery of controlled substance.